# United States District Court

### DISTRICT OF MASSACHUSETTS

JOSE RODRIGUEZ,
         Plaintiff

V.

LUIS SPENCER,
         Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __JOSE RODRIGUEZ__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __M.C.I. NORFOLK, P.O. BOX 43, NORFOLK, MA 02056__

   Are you employed at the institution? __YES__    Do you receive any payment from the institution? __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    [X] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   $10.25 __per week__ : M.C.I. NORFOLK INMATE INDUSTRIES

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   [X] Yes   [ ] No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   [ ] Yes   [X] No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_08-26-04_   _Jose Rodriguez_
DATE          SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040819 08:59

| | | |
|---|---|---|
| Commit# : | W63370 | |
| Name : | RODRIGUEZ, JOSE, , | |
| Inst : | MCI NORFOLK | |
| Block : | 3-1 | |
| Cell/Bed : | 214 /A | |

| | | |
|---|---|---|
| | MCI NORFOLK | Page 1 |
| Statement From | 20040201 | |
| To | 20040819 | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $12,854.41 | $7,908.02 | $0.00 | $0.00 |
| 20040204 23:03 | PY - Payroll | 2336736 | | NOR | ~20040118 To 20040124 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040206 08:52 | CN - Canteen | 2344260 | | NOR | ~Canteen Date : 20040205 | $0.00 | $54.15 | $0.00 | $0.00 |
| 20040209 11:15 | IC - Transfer from Inmate to Club A/c | 2351574 | | NOR | ~DONATION~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040209 12:15 | ML - Mail | 2351789 | 463 | NOR | ~ANTONIO M. GRULLON -- (EASTERN BANK, SALEM, MA 01970) | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040209 16:27 | IC - Transfer from Inmate to Club A/c | 2352652 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040210 11:38 | IS - Interest | 2361244 | | NOR | | $6.58 | $0.00 | $0.00 | $0.00 |
| 20040210 14:37 | CI - Transfer from Club to Inmate A/c | 2373186 | | NOR | ~refund or bal owed on 1/16 clothing order~W63370 RODRIGUEZ,JOSE PERSONAL~INMATE CLOTHING PURCHASE - Z51 | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040211 23:04 | PY - Payroll | 2381817 | | NOR | ~20040125 To 20040131 | $6.25 | $0.00 | $0.00 | $0.00 |
| 20040218 23:05 | PY - Payroll | 2409578 | | NOR | ~20040201 To 20040207 | $27.25 | $0.00 | $0.00 | $0.00 |
| 20040223 15:24 | ML - Mail | 2425431 | 633 | NOR | ~MARIA J.MENDEZ (HSBC BANK , USA NEW YORK, NY). | $140.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2438805 | | NOR | ~20040208 To 20040214 | $27.00 | $0.00 | $0.00 | $0.00 |
| 20040302 08:47 | IC - Transfer from Inmate to Club A/c | 2457120 | | NOR | ~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2468301 | | NOR | ~20040215 To 20040221 | $27.25 | $0.00 | $0.00 | $0.00 |
| 20040304 22:30 | CN - Canteen | 2477345 | | NOR | ~Canteen Date : 20040304 | $0.00 | $45.42 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2492631 | | NOR | | $6.40 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2513637 | | NOR | ~20040222 To 20040228 | $15.75 | $0.00 | $0.00 | $0.00 |
| 20040311 09:55 | IC - Transfer from Inmate to Club A/c | 2519938 | | NOR | ~ALCHOLIC'S ANONYMOUS - Z16~ALCHOLIC'S ANONYMOUS - Z16 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040311 11:37 | IC - Transfer from Inmate to Club A/c | 2520364 | | NOR | ~SPANISH CLUB - Z22~SPANISH CLUB - Z22 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040312 08:53 | EX - External Disbursement | 2524279 | 56765 | NOR | ~COMPUTERSHARE TRUST CO INC | $0.00 | $200.00 | $0.00 | $0.00 |
| 20040315 09:06 | EX - External Disbursement | 2526396 | 56764 | NOR | ~T ROWE PRICE BROKERAGE | $0.00 | $4,800.00 | $0.00 | $0.00 |
| 20040317 13:07 | IC - Transfer from Inmate to Club A/c | 2538057 | | NOR | ~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2542847 | | NOR | ~20040229 To 20040306 | $27.25 | $0.00 | $0.00 | $0.00 |
| 20040318 22:30 | CN - Canteen | 2551071 | | NOR | ~Canteen Date : 20040318 | $0.00 | $19.30 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2572052 | | NOR | ~20040307 To 20040313 | $28.25 | $0.00 | $0.00 | $0.00 |
| 20040325 22:30 | CN - Canteen | 2581194 | | NOR | ~Canteen Date : 20040325 | $0.00 | $19.18 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2600149 | | NOR | ~20040314 To 20040320 | $24.00 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2629873 | | NOR | ~20040321 To 20040327 | $8.25 | $0.00 | $0.00 | $0.00 |
| 20040408 10:11 | IC - Transfer from Inmate to Club A/c | 2636382 | | NOR | ~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $5.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040819 08:59

Page: 2

| Commit# : | W63370 | | | MCI NORFOLK | | | | |
| Name : | RODRIGUEZ, JOSE, , | | | Statement From | 20040201 | | | |
| Inst : | MCI NORFOLK | | | To | 20040819 | | | |
| Block : | 3-1 | | | | | | | |
| Cell/Bed : | 214 / A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040413 11:06 | IS - Interest | 2653200 | | NOR | | $3.30 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2674685 | | NOR | ~20040328 To 20040403 | $11.50 | $0.00 | $0.00 | $0.00 |
| 20040416 09:40 | IC - Transfer from Inmate to Club A/c | 2685427 | | NOR | ~WED. NIGHT~ALCHOLIC'S ANONYMOUS - Z16~ALCHOLIC'S ANONYMOUS - Z16 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040420 09:10 | EX - External Disbursement | 2691614 | 57394 | NOR | ~EDWARD R HAMILTON | $0.00 | $20.45 | $0.00 | $0.00 |
| 20040420 09:59 | VI - Visitation | 2692220 | 655 | NOR | ~MARIA J. MENDEZ (HSBC BANK USA NEW YORK, NY) FOREST HILLS, NY | $150.00 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2702523 | | NOR | ~20040404 To 20040410 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040430 10:52 | EX - External Disbursement | 2742144 | 57564 | NOR | ~CELL SHOP | $0.00 | $65.46 | $0.00 | $0.00 |
| 20040504 08:48 | EX - External Disbursement | 2749154 | 57636 | NOR | ~T ROWE PRICE FUNDS | $0.00 | $250.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2759686 | | NOR | ~20040418 To 20040424 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2769000 | | NOR | ~Canteen Date : 20040506 | $0.00 | $22.04 | $0.00 | $0.00 |
| 20040507 13:43 | ML - Mail | 2771305 | 402 | NOR | ~JOSE LUIS PAULINO (CITIBANK NEW YORK NY) | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2788287 | | NOR | ~20040425 To 20040501 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2797513 | | NOR | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20040513 22:30 | CN - Canteen | 2813665 | | NOR | ~Canteen Date : 20040513 | $0.00 | $10.10 | $0.00 | $0.00 |
| 20040517 13:58 | IC - Transfer from Inmate to Club A/c | 2819367 | | NOR | ~DONATION~SPANISH CLUB - Z22~SPANISH CLUB - Z22 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040517 14:30 | IC - Transfer from Inmate to Club A/c | 2819485 | | NOR | ~DONATION~CATHOLIC CHAPLAIN - Z12~CATHOLIC CHAPLAIN - Z12 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2832125 | | NOR | ~20040502 To 20040508 | $3.25 | $0.00 | $0.00 | $0.00 |
| 20040520 08:58 | IC - Transfer from Inmate to Club A/c | 2837737 | | NOR | ~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2841316 | | NOR | ~Canteen Date : 20040520 | $0.00 | $26.19 | $0.00 | $0.00 |
| 20040521 12:27 | IC - Transfer from Inmate to Club A/c | 2844146 | | NOR | ~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040526 15:47 | IC - Transfer from Inmate to Club A/c | 2857519 | | NOR | ~Narcisa Garcia~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.40 | $0.00 | $0.00 |
| 20040526 15:47 | IC - Transfer from Inmate to Club A/c | 2857523 | | NOR | ~Mari L. Rodriguez~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.26 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2861637 | | NOR | ~20040509 To 20040515 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2884854 | | NOR | ~20040516 To 20040522 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040609 14:16 | ML - Mail | 2916159 | | NOR | ~AGUSTINA GARCIA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2917650 | | NOR | ~20040523 To 20040529 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2927278 | | NOR | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20040610 13:27 | IC - Transfer from Inmate to Club A/c | 2940783 | | NOR | ~D REPUBLIC DONATION FLOOD~MISC. FUNCTION COLLECTION - Z54~MISC FUNCTION COLLECTION - Z54 | $0.00 | $10.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040819 08:59

| Commit# : | W63370 | | | MCI NORFOLK | | Page : 3 |
|---|---|---|---|---|---|---|
| Name : | RODRIGUEZ, JOSE, , | | | Statement From | 20040201 | |
| Inst : | MCI NORFOLK | | | To | 20040819 | |
| Block : | 3-1 | | | | | |
| Cell/Bed : | 214 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040611 08:43 | CN - Canteen | 2945085 | | NOR | ~Canteen Date : 20040610 | $0.00 | $54.72 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2964302 | | NOR | ~20040530 To 20040605 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040617 13:56 | IC - Transfer from Inmate to Club A/c | 2971170 | | NOR | ~DONATION ~SPANISH CLUB - Z22~SPANISH CLUB - Z22 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040617 15:23 | IC - Transfer from Inmate to Club A/c | 2971342 | | NOR | ~Reina Grullon~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2971585 | | NOR | ~Canteen Date : 20040617 | $0.00 | $59.78 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2993022 | | NOR | ~20040606 To 20040612 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040624 08:32 | IC - Transfer from Inmate to Club A/c | 2999176 | | NOR | ~SODA CAN REFUND 3-1 - Z131~SODA CAN REFUND 3-1 - Z131 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040628 12:34 | IC - Transfer from Inmate to Club A/c | 3008547 | | NOR | ~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20040630 23:01 | PY - Payroll | 3021699 | | NOR | ~20040613 To 20040619 | $12.50 | $0.00 | $0.00 | $0.00 |
| 20040701 22:30 | CN - Canteen | 3031502 | | NOR | ~Canteen Date : 20040701 | $0.00 | $28.59 | $0.00 | $0.00 |
| 20040706 09:50 | IC - Transfer from Inmate to Club A/c | 3038291 | | NOR | ~CLOTHING ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $32.35 | $0.00 | $0.00 |
| 20040707 23:01 | PY - Payroll | 3051161 | | NOR | ~20040620 To 20040626 | $18.75 | $0.00 | $0.00 | $0.00 |
| 20040708 08:51 | IC - Transfer from Inmate to Club A/c | 3056930 | | NOR | ~SODA CAN REFUND 3-1 - Z131~SODA CAN REFUND 3-1 - Z131 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3075245 | | NOR | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20040714 23:01 | PY - Payroll | 3096010 | | NOR | ~20040627 To 20040703 | $22.00 | $0.00 | $0.00 | $0.00 |
| 20040720 12:38 | IC - Transfer from Inmate to Club A/c | 3115866 | | NOR | ~Donation ~NUESTRA FAMILIA - Z99~NUESTRA FAMILIA - Z99 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3124598 | | NOR | ~20040704 To 20040710 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040722 10:29 | IC - Transfer from Inmate to Club A/c | 3131896 | | NOR | ~Donation ~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040722 14:37 | IC - Transfer from Inmate to Club A/c | 3132397 | | NOR | ~ Donation ~CATHOLIC HISPANIC - Z41~CATHOLIC HISPANIC - Z41 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3133704 | | NOR | ~Canteen Date : 20040722 | $0.00 | $27.97 | $0.00 | $0.00 |
| 20040723 10:28 | ML - Mail | 3136451 | | NOR | ~ANTONIO GRULLON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040726 15:25 | IC - Transfer from Inmate to Club A/c | 3140252 | | NOR | ~NARCISA GARCIA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3152824 | | NOR | ~20040711 To 20040717 | $30.25 | $0.00 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3180864 | | NOR | ~20040718 To 20040724 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3209274 | | NOR | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3225237 | | NOR | ~20040725 To 20040731 | $30.25 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040819 08:59

Page : 4

| Commit# : | W63370 | | | | MCI NORFOLK | | | |
| Name : | RODRIGUEZ, JOSE, , | | | | Statement From | 20040201 | | |
| Inst : | MCI NORFOLK | | | | To | 20040819 | | |
| Block : | 3-1 | | | | | | | |
| Cell/Bed : | 214 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040812 22:30 | CN - Canteen | 3234375 | | NOR | ~Canteen Date : 20040812 | $0.00 | $18.33 | $0.00 | $0.00 |
| 20040816 10:53 | EX - External Disbursement | 3240091 | 59470 | NOR | ~T ROWE PRICE FUNDS | $0.00 | $100.00 | $0.00 | $0.00 |
| 20040816 14:05 | IC - Transfer from Inmate to Club A/c | 3240656 | | NOR | ~TOASTMASTER CLUB - Z48~TOASTMASTER CLUB - Z48 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040816 14:40 | IC - Transfer from Inmate to Club A/c | 3240838 | | NOR | ~SPANISH CLUB - Z22~SPANISH CLUB - Z22 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3253348 | | NOR | ~20040801 To 20040807 | $30.25 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,224.50 | $5,927.81 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $243.08 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $243.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |