UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Jose Rodriguez__          ,
                    Plaintiff,

           v.                          Civil Action No.  04-11894-RGS

__Luis Spencer, Superintendent MCI Norfolk__ ,
                    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**   GRANTED.

☒   DENIED for the following reason(s):

   Petitioner has sufficient funds to pay the $5 filing fee.

☒   It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.


SO ORDERED.


 9/2/04                                    s/ Richard G. Stearns
DATE                                       UNITED STATES DISTRICT JUDGE