```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSE RODRIGUEZ,                )
          Petitioner,          )
                               )
     v.                        )       C.A. No. 04-11894-RGS
                               )
LUIS SPENCER,                  )
          Respondent.          )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

Dated at Boston, Massachusetts, this 2nd day of September, 2004.

```
                              s/ Richard G. Stearns
                         UNITED STATES DISTRICT JUDGE
```