UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -8  P 12: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

------------------------------------------------x

JOSE RODRIGUEZ

          Petitioner,

vs.

MCI NORFOLK,

          Respondent.

------------------------------------------------x

Civil Action No.  04-11894-RGS

## RESPONDENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent, MCI Norfolk, through counsel, now appears and requests an extension of

the time in which it must file a motion to dismiss or other responsive pleading in response to the

petition for writ of habeas corpus for a period of forty-five (45) days, up to and including May

31, 2005.[1]  In support of the motion, the respondent states that, pursuant to this Court's order, an

answer or other responsive pleading is currently due to be filed by April 13, 2005.  The

undersigned assistant attorney general is still awaiting receipt of the state materials concerning

the petitioner's conviction, which are necessary for counsel to review before formulating an

appropriate response to the petition.  Moreover, between today's date and the date of the

requested extension, the undersigned assistant attorney general is responsible for the following

matters: filing three appellate briefs (two in the United States Court of Appeals for the First

Circuit, one in the Massachusetts Appeals Court); filing a response to a petition before the Single

Justice of the Massachusetts Supreme Judicial Court pursuant to M.G.L. ch. 211, § 3; filing a

---

[1] May 31st is the first business day after the expiration of the forty-five day period.

memorandum of law on the merits of a petition for a writ of habeas corpus in the United States District Court for the District of Massachusetts; presenting oral argument in the First Circuit Court of Appeals on an appeal of the denial of a habeas petition; preparing a client to give testimony and representing the client at a hearing before the Criminal History Systems Board; and management of a number of additional ongoing litigation matters.

WHEREFORE, the respondent respectfully requests that this Court grant it until May 31, 2005, to file a responsive pleading to the petition for writ of habeas corpus.

Respectfully submitted,

MCI NORFOLK,

By its attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: April 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of April, 2005, served a true and accurate copy of the foregoing pleading on the petitioner, Jose Rodriguez, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jose Rodriguez, Prisoner No. W63370, M.C.I. Norfolk, Post Office Box 43, Norfolk, Massachusetts, 02056.

Maura D. McLaughlin