UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------x

JOSE RODRIGUEZ

      Petitioner,

vs.

MCI NORFOLK,

      Respondent.

-------------------------------------------x

Civil Action No. 04-11894-RGS

## RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent MCI Norfolk moves that it be permitted to file the accompanying Motion for Extension of Time and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the Massachusetts Correctional Institute at Norfolk, in the care of the Massachusetts Department of Corrections, and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that it be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that it be permitted to file the accompanying Motion for Extension of Time and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

MCI NORFOLK,

By its attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: April 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of April, 2005, served a true and accurate copy of the foregoing pleading on the petitioner, Jose Rodriguez, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jose Rodriguez, Prisoner No. W63370, M.C.I. Norfolk, Post Office Box 43, Norfolk, Massachusetts, 02056.

/s/ Maura D. McLaughlin
Maura D. McLaughlin