UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x

JOSE RODRIGUEZ

        Petitioner,

vs.

MCI NORFOLK,

        Respondent.
---------------------------------------------x

Civil Action No. 04-11894-RGS

## RESPONDENT'S MOTION FOR A BRIEFING SCHEDULE

      The respondent, MCI Norfolk, through counsel, now appears and requests that the Court set the date on which the respondent's memorandum of law on the merits of the petition be set for June 14, 2005, a date which is two (2) weeks from the date of the filing of the answer. As grounds for this motion, the respondent states that the respondent has reviewed the petitioner's lengthy and complex petition and memorandum in support of his petition, and has also reviewed the voluminous state court materials relating to the petition. The respondent has prepared and filed an Answer and Supplemental Answer, and requires the additional two-week period in order to thoroughly respond to the various claims and arguments raised in the petitioner's papers.

      WHEREFORE, the respondent respectfully requests that this Court grant it until June 14, 2005, to file its memorandum of law in response to the merits of the petition for writ of habeas corpus.

Respectfully submitted,

MCI NORFOLK,

By its attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: May 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have this 31st day of May, 2005, served a true and accurate copy of the foregoing pleading on the petitioner, Jose Rodriguez, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jose Rodriguez, Prisoner No. W63370, M.C.I. Norfolk, Post Office Box 43, Norfolk, Massachusetts, 02056.

*Maura D. McLaughlin*
Maura D. McLaughlin