UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x

JOSE RODRIGUEZ

       Petitioner,

vs.

MCI NORFOLK,

       Respondent.
------------------------------------x

Civil Action No. 04-11894-RGS

## FURTHER SUPPLEMENTAL ANSWER

The respondent, MCI-Norfolk, through counsel, hereby files the following volumes of transcript in connection with the case of *Commonwealth v. Jose Rodriguez*, Suffolk Superior Court Criminal Action No. 96-11119 as its further Supplemental Answer:

1. Volume I, dated September 26, 1997;

2. Volume II, dated September 29, 1997;

3. Volume III, dated September 30, 1997;

4. Volume IV, dated October 1, 1997;

5. Volume (unmarked with number), dated October 1, 1997, pages 1 and

6. Volume V, dated October 2, 1997.

Respectfully submitted,

MCI NORFOLK,

By its attorney,

THOMAS F. REILLY,
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2857
BBO # 634923

Dated: June 15, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 15th day of June, 2005, served a true and accurate copy of the foregoing pleading on the petitioner, Jose Rodriguez, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jose Rodriguez, Prisoner No. W63370, M.C.I. Norfolk, Post Office Box 43, Norfolk, Massachusetts, 02056.

*Maura D. McLaughlin*
Maura D. McLaughlin