UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11894-RGS

JOSE RODRIGUEZ

v.

LUIS SPENCER

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

May 24, 2007

STEARNS, D.J.

Because I agree with Magistrate Judge Sorokin's thorough analysis (and rejection) of the seven grounds of relief urged in the petition, I will adopt the Recommendation and DISMISS the petition with prejudice.[1]

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although petitioner filed no objections to the Report, the court is nonetheless obligated to undertake its own review of the merits.