UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSE RODRIGUEZ

    V.                                    CIVIL ACTION NO. 04-11894-RGS

LUIS SPENCER

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                       **JUNE 5, 2007**

THIS COURT HAVING ADOPTED THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

                 **BY:**

                                                        /s/ Mary H. Johnson
                                                        _____
                                                                **Deputy Clerk**