Jose Rodriguez (W-63370)
2 Clark Street
Post Office Box 43
Norfolk, MA 02056
September 11, 2007

United States District Court
District of Massachusetts
Elaine Flaherty, Docket Clerk
1 Courthouse Way, Suite 7130
Boston, MA          02210

2007 SEP 26  P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Rodriguez v. Spencer, C.A. No. 04-11894-RGS

Dear Clerk Flaherty,

    I have just been forwarded a copy of the electronic docket sheets, in the above-captioned, by Attorney Greg T. Schubert, 1365 Main Street, Springfield, MA 01103, Tel. No. (413) 746-1313. Attorney Schubert, at the request of a friend of mine who is his client, was checking my case status due to the fact that I had not heard anything from the court in quite some time.

    To put it mildly, I was shocked to learn that my case had been dismissed. Particularly since I am now, and have been throughout the pendency of the relevant habeas petition, incarcerated and confined at the Massachusetts Correctional Institution Norfolk, in Norfolk, Massachusetts (see enclosed copy of classification board paper). At no time whatever was I ever provided a copy of any report and recommendation in these proceedings. No legal mail whatever, from the United States District Court, was ever attempted for delivery to me here at M.C.I. Norfolk. And, at no time ever have I been relocated to the Old Colony Correctional Facility (see D.E. ##16, 17).

    I am respectfully requesting, as follows:

1. That the above-captioned case appropriately be re-opened;

2. That I appropriately be afforded a copy of the magistrate's report and recommendation for my perusal and, if necessary, response; and

3. That any and all orders of dismissal appropriately be rescinded.

    I shall remain hopeful of receiving the Honorable Court's response in this matter just as soon as convenience may allow.

    Thanking you again for your time, consideration, and most thoughtful attention, I remain

Sincerely yours,

Jose Rodriguez, pro se

*This is my second mail*

cc: Maura D. McLaughlin, A.A.G.

# GREG T. SCHUBERT

## COUNSELLOR AT LAW

1365 MAIN STREET  TEL. 413-746-1313   FAX. 413-746-3102
SPRINGFIELD, MA 01103  E-MAIL: MURDERONE@MSN.COM

Jose Rodriguez W-63370
MCI-Norfolk
P. O. Box 43
Norfolk, MA 02056

**Re: Commonwealth v. Rodriguez**

Dear Mr. Rodriguez

**Enclosed please find for your records a copy of the latest** docket sheet that I could print.

PAY close attention to numbers 16 on.

Any questions or concerns please call the office.

Sincerely

Brenda Glennie

August 21, 2007
Enclosure
GTS/bmg

08-24-07

Envie una carta a la
Corte Federal (United States District Court)

| | | |
|---|---|---|
| | | Rodriguez.(Flaherty, Elaine) (Entered: 09/01/2004) |
| 08/30/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Jose Rodriguez.(mel) Additional attachment(s) added on 9/2/2004 (Lanier, Marjorie). Additional attachment(s) added on 9/2/2004 (Lanier, Marjorie). (Entered: 09/02/2004) |
| 08/30/2004 | 4 | MOTION to Appoint Counsel by Jose Rodriguez.(mel) (Entered: 09/02/2004) |
| 09/02/2004 | 3 | Judge Richard G. Stearns : ORDER entered denying 2 Motion for Leave to Proceed in forma pauperis. Petitioner must pay the $5 filing fee within 42 days of the date of this Order or this action will be dismissed without prejudice. (mel) (Entered: 09/02/2004) |
| 09/02/2004 | 5 | Judge Richard G. Stearns : ORDER entered denying 4 Motion to Appoint Counsel without prejudice. (mel) (Entered: 09/02/2004) |
| 09/02/2004 | | Set/Reset Deadlines: $5 filing fee due by 10/14/2004 or this action will be dismissed without prejudice. (mel) (Entered: 09/02/2004) |
| 09/07/2004 | | Filing fee: $ 5., receipt number 58461 regarding filing fee for petition (Flaherty, Elaine) (Entered: 09/09/2004) |
| 10/13/2004 | 6 | Judge Richard G. Stearns : ORDER entered REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: 2254 petition for habeas corpus (Flaherty, Elaine) (Entered: 10/13/2004) |
| 03/22/2005 | 7 | Judge Richard G. Stearns : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Flaherty, Elaine) (Entered: 03/23/2005) |
| 04/08/2005 | 8 | MOTION for Extension of Time to 5/31/05 to file responsive pleading by Luis Spencer.(Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/08/2005 | 9 | MOTION waive local rule 7.1 requirement by Luis Spencer.(Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/13/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Motion for Extension of Time, granting 9 Motion extend time, waive L.R. 7.1 (Flaherty, Elaine) (Entered: 04/19/2005) |
| 05/31/2005 | 10 | ANSWER to Complaint by Luis Spencer.(Flaherty, Elaine) (Entered: 06/01/2005) |
| 05/31/2005 | 11 | MOTION approve briefing schedule by Luis Spencer.(Flaherty, Elaine) (Entered: 06/01/2005) |
| 05/31/2005 | 12 | Supplemental ANSWER to Complaint by Luis Spencer.(Flaherty, Elaine) (Entered: 06/01/2005) |
| 06/02/2005 | | Case no longer referred to Magistrate Judge Joyce London Alexander. Case to be referred to another Magistrate Judge. Judge Alexander's clerk advising that there is a conflict of interest. (Flaherty, Elaine) (Entered: 06/02/2005) |
| 06/06/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 11 Motion briefing schedule (Flaherty, Elaine) (Entered: 06/07/2005) |
| 06/15/2005 | 13 | MEMORANDUM OF LAW by Luis Spencer to 10 Answer to Complaint. |

| | | |
|---|---|---|
| | | (McLaughlin, Maura) (Entered: 06/15/2005) |
| 06/16/2005 | 14 | Further Supplemental ANSWER to Complaint by Luis Spencer.(with four bound volumes of state court transcripts), filed.(Flaherty, Elaine) (Entered: 06/17/2005) |
| 07/26/2005 | 15 | Judge Richard G. Stearns : ORDER entered. REFERRING CASE to Magistrate Judge Leo T. Sorokin Referred for: report and recommendation re: 2254 petition (previously assigned to Magistrate Judge Alexander, but was recused.)(Flaherty, Elaine) (Entered: 07/26/2005) |
| 03/06/2007 | 16 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS; re 1 Petition for writ of habeas corpus (28:2254) filed by Jose Rodriguez; For the foregoing reasons, this Court recommends to the District Judge to whom this case is assigned that the Petition be DENIED.(Simeone, Maria) (Entered: 03/07/2007) |
| 03/07/2007 | | ELECTRONIC NOTICE; copy of R&R mailed to petitioner regular mail; re 16 REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by Jose Rodriguez, (Simeone, Maria) (Entered: 03/07/2007) |
| 03/22/2007 | 17 | Mail sent to Jose Rodriguez Returned as Undeliverable; (Simeone, Maria) (Entered: 03/23/2007) |
| 04/17/2007 | | NOTICE of Change of Address; The court has been advised the address of the petitioner Jose Rodriguez has been changed to Old Colony Correctional Facility, 1 Administration Rd., Bridgewater MA 02324 (Simeone, Maria) (Entered: 04/17/2007) |
| 04/17/2007 | | ELECTRONIC NOTICE; Copy of 16 REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by Jose Rodriguez and copy of the docket sent to petitioner cert mail # 8272. (Simeone, Maria) (Entered: 04/17/2007) |
| 05/04/2007 | | Mail Returned as Undeliverable. Mail sent to J. Rodriguez (Magistrate Judge's Report and Recommendation)(Flaherty, Elaine) (Entered: 05/04/2007) |
| 05/24/2007 | 18 | Judge Richard G. Stearns : Memorandum and Order Adopting the Report and Recommendation, entered.(Giannotti, Diane) Modified on 5/25/2007 (Flaherty, Elaine)."...DISMISS the petition with prejudice." (Entered: 05/24/2007) |
| 05/25/2007 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 05/25/2007) |
| 05/29/2007 | | Case no longer referred to Magistrate Judge Leo T. Sorokin. (Flaherty, Elaine) (Entered: 05/29/2007) |
| 06/05/2007 | 19 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 06/05/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| • | 08/21/2007 11:14:49 | | |
| PACER Login: | gs1087 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-11894-RGS |

# Classification Report

Name: JOSE RODRIGUEZ                    Commitment#: W63370

Class Type: Subsequent Hearing

## Board Recommendation:

| | |
|---|---|
| Date: 20070314   Level: Medium | Site of Hearing: MCI NORFOLK |
| Institution: MCI NORFOLK | Vote: 3-0 |
| Screen For: | Chairperson: Johnston, Patricia |
| Placement Site: | Board Member 1: Sousa, Gina |
| | Security Board Member: Dagwan, Joseph |

Board's Rational:
Reclassification Committee recommends override PBS (3) and remain MCIN medium based on Non-Discretionary Codes D (ordered deported) and Code F (time to PE/serious nature of offense).

Review Date: 20070914          Reviewed By:
User(L,F,M,S): Patricia Johnston M

| | | | | |
|---|---|---|---|---|
| Advised of Recommendation | Yes [X]  No [ ] | Early Parole [ ] | Work Crew [ ] |
| Advised of Appeal Process | Yes [X]  No [ ] | Education Release [ ] | PRA [ ] |
| 48 Hour Notification | Yes [X]  Waive [ ] | Work Release [ ] | PRA Hours |
| | | Public Speaking [ ] | Others |

## Classification Appeal

Reason for appeal



## Superintendent/Designee Recommendation.

Level:          Institution:                                         Date:
Screen For:     Placement Site:                          Recommendation:
Reason/Condition



User(L,F,M,S):

| | | | |
|---|---|---|---|
| Early Parole [ ] | Work Crew [ ] | Education Release [ ] | Work Release [ ] |
| Public Speaking [ ] | PRA [ ] | PRA Hours | Others |

## Superintendent/Designee Appeal Decision.

Superintendent/Designee:                    Date:              Decision: